UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRANT LEONARD,

    Plaintiff,                                        No. 22-10280

v.                                                 Honorable Nancy G. Edmunds

LAPEER COUNTY, *et al.*,

    Defendants.
_____/

**JUDGMENT**

In accordance with the Court's opinion and order entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendants, and this case is DISMISSED.

SO ORDERED.

                                              s/ Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: March 30, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2024, by electronic and/or ordinary mail.

                                              s/ A. Chubb
                                              Deputy Clerk